**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Betty SYLVESTER, a.k.a. Betty Sanders, a.k.a. Betty Boo, Dashane Laurel, Defendants–Appellants.**

No. 07–12164

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2008.

Spiro T. Kypreos, Clinton A. Couch, Clinton A. Couch, P.A., Pensacola, FL, for Defendants–Appellants.

E. Bryan Wilson, Tallahassee, FL, Tiffany Hope Eggers, Pensacola, FL, for Plaintiff–Appellee.

Before BIRCH, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Spiro T. Kypreos, appointed counsel for Betty Sylvester, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Sylvester's convictions and aggregate sentence are **AFFIRMED.**